AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  14-CV-1303

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    NEW YORK CITY POLICE DEPARTMENT

was received by me on *(date)*    02/27/2014    .

☑ I personally served the summons on the individual at *(place)*   100 CHURCH STREET, NEW YORK, NEW YORK    on *(date)*    02/27/2014    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   BETTY MAZYCK    , who is
designated by law to accept service of process on behalf of *(name of organization)*   NEW YORK CITY POLICE DEPARTMENT    on *(date)*    02/27/2014    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/13/2014

_____
*Server's signature*

Joshua A. Liebman, Law Clerk
*Printed name and title*

277 Broadway, Ste. 501
New York, NY 10007
*Server's address*

Additional information regarding attempted service, etc:

MICHAEL B. PALILLO
Notary Public, State of New York
No. 02PA4804509
Qualified in Nassau
Commission Expires