# Michael B. Palillo, P.C.
### Attorney and Counselor at Law
A PROFESSIONAL CORPORATION
277 BROADWAY SUITE 501
NEW YORK, NEW YORK 10007
(212) 608-8959
FAX: (212) 608-0304
INTERNET: PALILLOLAW@AOL.COM

MICHAEL B. PALILLO, P.C.

MARC S. HYMAN*

*ALSO ADMITTED IN NEW JERSEY

YVETTE VAZQUEZ
LEGAL ASSISTANT

LONG ISLAND OFFICE:
28 JEFFERSON AVENUE
ROCKVILLE CENTRE, NY 11570
(NOT FOR SERVICE OR MAIL)

August 1, 2014

*Via ECF*
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Trayon Christian v. City of NY, et al.
    14 Civ. 1303 (RPP)

Your Honor:

As you are aware I represent the Plaintiff in the above referenced case.

On May 20, 2014 an Case Management Initial Conference was scheduled in the above referenced and was adjourned without a date to afford the Corporation Counsel to interpose an Answer.

On July 1, 2014 the Corporation Counsel interposed an Answer on behalf of Defendants, City of New York, Alexander Kremer and Stephen Barrett.

At this time, your affirmant is respectfully requesting that a Initial Conference be scheduled on a date to be determined by the Court.

Thank you for your attention to this matter.

Very truly yours,

MICHAEL B. PALILLO

MBP/yv

cc: All Counsel (via ECF)