Patterson, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRAYON CHRISTIAN,

                    Plaintiff,

-against-

BARNEYS NEW YORK INC., THE CITY OF NEW
YORK, POM ALEXANDER KREMER, LSA
STEPHEN BARRETT, THE NEW YORK "CITY"
POLICE DEPARTMENT, UNIDENTIFIED
OFFICERS "JOHN DOES" AND "JANE DOES" 1-5
NAMES FICTITIOUS, TRUE NAMES UNKNOWN
INTENDED TO DESIGNATE POLICE OFFICERS
AND DETECTIVES OF THE 19TH PRECINCT AT
THE TIMES AND PLACES ALLEGED,

                    Defendants.

------------------------------------------------------------x

14-cv-1303 (RPP)

STIPULATION AMENDING
COMPLAINT

S I R S:

                    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties that Plaintiff's Complaint is deemed amended to reflect the date of incident as April 27, 2013 and not April 29, 2013

Dated: September 23, 2014 New York, New York

By: _Keisha-Ann G. Gray_                     Dated: 9/23/14
Keisha-Ann G. Gray
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
kgray@proskauer.com
Telephone: 212.969.3000
*Attorneys for Defendant
Barneys New York, Inc.*

By: [signature]  Dated: 9/24/14
Patrick N. Beath
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
pbeath@law.nyc.gov
Telephone: 212.356.2656
*Attorneys for Defendants*
*The City of New York, The New York*
*City Police Department, POM Alexander*
*Kremer, and LSA Stephen Barrett*

By: [signature]  Dated: 9-23-2014
Michael B. Palillo
Law Office of Michael B. Palillo, P.C.
277 Broadway, Suite 501
New York, NY 10007
palillolaw@aol.com
Telephone: 212.608.8959
*Attorneys for Plaintiff*

SO ORDERED:

[signature]

Hon. Robert P. Patterson, U.S.D.J.

9/26/14